# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-82034-Smith/Matthewman

CHRISTINA WHITWORTH,

    Plaintiff,
vs.

LFI FORT PIERCE, INC., d/b/a
LABOR FINDERS,

    Defendant.
_____/

### **DECLARATION OF CHANELLE J. VENTURA**

I, CHANELLE J. VENTURA, declare pursuant to 29 U.S.C. § 1746 as follows:

1. My name is CHANELLE J. VENTURA. I am over the age of eighteen (18) and competent to testify as to the matters stated herein.

2. I am an attorney at Morgan & Morgan, P.A. ("M&M") in Plantation, Florida, in the firm's nationwide class/collective action employment practice

3. I was/am Plaintiff's counsel in the matter of Christina Whitworth v. LFI Fort Pierce, Case No. 20-cv-82034-Smith/Matthewman. To that end, I was the attorney primarily responsible for the litigation on behalf of Christina Whitworth.

4. After exclusion of hours deemed unnecessary, as indicated by the contemporaneous time records attached hereto, a total of <u>24.00</u> hours were spent prosecuting this Complaint on behalf of Plaintiff, Christina Whitworth.

5. The representation of this case was undertaken on a purely contingent basis. Moreover, because our firm has finite resources, my acceptance of this case precluded me/us from accepting other wage and hour class/collective actions. Neither my firm, nor I have received compensation for the services rendered in this case to date, from any source.

## Counsel's Background and Experience

6.     I completed my undergraduate studies at Nova Southeastern University ("NSU") where I obtained a Bachelor of Science (2012) in Legal Studies, with honors.  After my graduation from NSU, I attended law school at NSU Shepard Broad College of Law, where I graduated tenth in my class and earned a Juris Doctor degree (2017).  While in law school, I interned for the Seventeenth Judicial Circuit Court Staff Attorney's Office and received numerous scholastic honors including graduating *Summa Cum Laude*, and earning the Cali Excellence for the Future Award in Evidence, Business Entities, and Regulation of Financial Institutions.  I served on the Editorial Board for Nova Law Review, and as an Advocate in the Moot Court Society.

7.     I was admitted to the bar of the State of Florida in 2017.  Additionally, I am admitted to practice law in the Middle and Southern Districts of Florida, and the Western District of Tennessee.  I am a member in good standing of each of these bars and/or Districts.

8.     I have been practicing law since September 2017, have successfully handled numerous FLSA cases, including first and second-chairing numerous FLSA collective action cases (in multiple states and venues).

9.     Prior to becoming an attorney at M&M, I worked as a Law Clerk at the firm since February 2016.  As a Law Clerk, I assisted the attorneys in litigating FLSA Collective Actions and various other employment matters.

10.    I have served or am serving as counsel in Wage and Hour Class/Collective Actions in the Middle and Southern Districts of Florida, and the Western District of Tennessee. *See, e.g., Kutzback v. Capstone Logistics, LLC et al.,* 2:13-cv-02767-JTF-cgc (W.D. Tenn. 2015) (FLSA collective action of over 3,000 Opt-In Plaintiffs); *Martins v. Flowers Foods et al*, 8:16-

cv-03145-MSS-JSS (M.D. Fla. 2016) (FLSA collective action of over 250 Opt-In Plaintiffs); *Diggs v. Ovation Credit Services et al*, 3:18-cv-367-MMH-MCR (M.D. Fla. 2018); *Dozier v. DBI Services, LLC*, 3:18-cv-972-J-39MCR (M.D. Fla 2018); *Vasquez v. The Scotts Company et al*, 17-cv-60344-Smith (S.D. Fla. 2017).

11.   I have also assisted in trying a jury trial in federal court in Georgia, represented the Plaintiff in a jury trial in the Middle District of Florida, and represented the Claimant in a final arbitration hearing in Los Angeles.

12.   Based on my experience and expertise handling wage and hour cases throughout the United States, my reasonable hourly rate has been recognized to be anywhere between $250 to $300 per hour, depending on the local market in which the case is pending.

## Attorney's Fees and Litigation Costs

13.   As indicated by the contemporaneous time records attached to Plaintiff's Motion for Reasonable Attorneys' Fees and Costs/Expenses, I expended a total of 24.00 hours billed at a rate of $275.00 per hour prosecuting this Complaint on behalf of Plaintiff, Christina Whitworth. *See* Itemized Time Records, attached hereto as Exhibit 1.

14.   In addition, to date, counsel has incurred approximately $510.50 in out-of-pocket costs and expenses in the litigation of this case.  An itemized list of costs is attached hereto as Exhibit 2.[1]

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Executed on March 19, 2021 in Plantation, Florida.

*/s/ Chanelle J. Ventura*
CHANELLE J. VENTURA

---

[1] Although Plaintiff's counsel has incurred $7,110.50 in attorney's fees and costs, Plaintiff's counsel will be recovering $6,000.00 pursuant to the parties' agreement.

3

# EXHIBIT 1

# Time Sheet

02/24/2021

Whitworth, Christina vs. LFI Fort Pierce (Labor Finders)
Date Range: 1/1/1980 - 2/24/2021
Status: Pending/Released/Transfered/Exception

| Date | Hrs | Timekeep | |
|---|---|---|---|
| 02/24/2021 | 2.00 | CV | Draft joint motion to approve settlement |
| 02/24/2021 | 1.50 | CV | Draft settlement agreement |
| 02/19/2021 | .50 | CV | E-mail to client in re counter offer. |
| 02/18/2021 | .60 | CV | recalculate damages based on documents from Defendant |
| 02/18/2021 | 2.30 | CV | review supporting documents to defendant's response to Plaintiff's statement of claim |
| 02/18/2021 | 1.20 | CV | review defendant's response to Plaintiff's statement of claim |
| 02/18/2021 | .60 | CV | TC with client regarding settlement |
| 02/09/2021 | .20 | CV | Review settlement demand from opposing counsel |
| 02/03/2021 | 1.20 | CV | Review and revise proposed scheduling order, joint scheduling report, and consent to magistrate |
| 02/03/2021 | .30 | CV | TC with opposing counsel to prepare joint scheduling report |
| 01/28/2021 | .10 | CV | email to magistrate regarding parties' availability for settlement conference |
| 01/28/2021 | .10 | CV | email to opposing counsel regarding availabilty for settlement conference |
| 01/20/2021 | .10 | CV | email to opposing counsel regarding demand |
| 01/19/2021 | .10 | CV | Review court's order regarding settlement conference (d.e. 10) |
| 01/14/2021 | 2.00 | CV | Preparation of Statement of Claim |
| 01/14/2021 | .10 | CV | f/u with opposing counsel regarding settlement demand |
| 01/06/2021 | .30 | CV | draft and send e-mail to OC regarding demand and facts |
| 01/06/2021 | .50 | CV | TC with Plf explaining damage calculation and next steps |
| 01/06/2021 | 3.00 | CV | Prepare preliminary damage calculation |
| 01/06/2021 | .20 | CV | draft and send email to client to follow-up regarding telephone call concerning settlement demand |
| 01/06/2021 | .70 | CV | Telephone call with Plaintiff with regard to settlement demand and case status |
| 01/04/2021 | .20 | CV | Review Court's Order regarding Joint Scheduling Report |
| 01/04/2021 | .30 | CV | Review Court's Notice of Court Practice in FLSA Cases |

# Time Sheet

02/24/2021

Whitworth, Christina vs. LFI Fort Pierce (Labor Finders)
Date Range: 1/1/1980 - 2/24/2021
Status: Pending/Released/Transfered/Exception

| Date | Hrs | Timekeep |
|---|---|---|
| 01/04/2021 | .10 | CV |
| | | E-mail to client in re case status |
| 12/01/2020 | .30 | CV |
| | | Telephone call with opposing counsel regarding facts of the case and possibility of settlement |
| 11/30/2020 | .50 | CV |
| | | Review Defendant's Answer and Affirmative Defenses |
| 11/19/2020 | .20 | CV |
| | | Draft and e-mail client with update regarding case status |
| 11/04/2020 | 2.50 | CV |
| | | Drafting Compliant |
| 10/16/2020 | .80 | CV |
| | | Initial TC with client |
| 10/16/2020 | 1.50 | CV |
| | | Review client documents in preparation for initial TC |

Total hours:   24.00

# EXHIBIT 2

**Morgan & Morgan, P.A.**

Case Expense Report

2/24/2021  
4:43:50PM

(11019518) Whitworth, Christina vs. LFI Fort Pierce (Labor Finders)

Page 1 of 1

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 12/10/2020 | 901035 | PSVC | U Got Served, LLC [ Process Service ]<br>ChristinaWhitworth/11029518/AO A202<br>0002128/JocelynR | | 110.00 |
| 12/29/2020 | ACH 12.29.20 | FIL | Andrew Frisch [ Filing fees ]<br>reim 12.30.20 | | 400.00 |
| 01/19/2021 | | LDT | [ Long Distance Telephone ] | | 0.50 |
| | Telephone Charges | | | | |
| | | | Total: | 0.00 | 510.50 |
| | | | Balance: | | 510.50 |