UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 20-cv-82034-Matthewman

CHRISTINA WHITWORTH,

    Plaintiff,

vs.

LFI FORT PIERCE, INC.,

    Defendant.

_____/

FILED BY KJZ D.C.
Apr 1, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER GRANTING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT [DE 21], APPROVING SETTLEMENT, AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Approve Settlement, for *In Camera* Review, and to Dismiss Action with Prejudice ("Joint Motion") [DE 21]. In their Motion, the parties seek an Order approving their settlement, dismissing this action with prejudice, and reserving jurisdiction to enforce the terms of the settlement. *Id.* Attached to the motion is the Declaration of Plaintiff's counsel, Chanelle J. Ventura, Esq., as well as attorney time records and a case expense report. [DE 21-1]. The parties have also emailed their Settlement Agreement and General Release to the Court for *in camera* review.

The Court held a fairness hearing via Zoom video teleconference (VTC) on March 29, 2021, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiff's claims alleging violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* At the hearing, the parties' counsel represented that the settlement is fair and reasonable and that Plaintiff and Defendant are in agreement with the terms of the settlement.

The Court has reviewed the Joint Motion, the attachments thereto, the parties' Settlement

1

Agreement and General Release, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Plaintiff is being paid an amount she believes she is owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable. Based on the foregoing, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiffs' FLSA claim as set forth in the settlement agreement between Plaintiff and Defendant to be fair and reasonable. The Court also finds that the settlement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the parties' Joint Motion for Approval of Settlement Agreement [DE 21] is **GRANTED**.
2. The parties' settlement is **APPROVED**.
3. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.
4. The above-style action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 1st day of April, 2021.

WILLIAM MATTHEWMAN
United States Magistrate Judge